UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

```
--------------------------------------------------------x
DANIEL TODD,                                    :
                                                :     CASE NO.: 1:25-cv-00644-TAD-JPM
                Plaintiff,                       :
                                                :     Judge: Terry A. Doughty
vs.                                              :
                                                :     Magistrate: Joseph H L Perez-Montes
                                                :
MAGNOLIA STATE CONSTRUCTION,                     :
LLC,                                             :
                                                :
                Defendants.                      :
--------------------------------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to any party against any other.

Respectfully Submitted, this 11th day of August, 2025.


By:/s/ Andrew D. Bizer                    By:/s/ Bonita Preuett-Armour
   **ANDREW D. BIZER**                       **BONITA PREUETT-ARMOUR**

**BIZER & DEREUS, LLC**                    **ARMOUR LAW FIRM**
Andrew D. Bizer, Bar No. 30396            Bonita Preuett-Armour (LA #21827)
Garret S. DeReus, Bar No. 35105           bkparmour@armourlaw.net
Eva M. Kalikoff, Bar No. 39932            143 La Rue 22 (Dry Prong 71423
3319 St. Claude Avenue                    P.O. Box 8386
New Orleans, Louisiana 70112              Alexandria, Louisiana 71306
Telephone:    (504) 619-9999              Telephone: (318) 442-6611
Facsimile:    (504) 948-9996              Facsimile: (318) 442-4719
Email:        andrew@bizerlaw.com         *Counsel for Defendant Magnolia State*
              gdereus@bizerlaw.com        *Construction, LLC*
              eva@bizerlaw.com
*Counsel for Plaintiff*